Electronically Filed - St Louis County - August 06, 2025 - 11:27 AM

**STATE OF MISSOURI**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**CIRCUIT COURT OF ST. LOUIS COUNTY**

| | | |
|---|---|---|
| **JOYCELYN MCCRARY** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | Cause No.: |
| **v.** | ) | |
| | ) | Division: |
| **PRESTON CHANDLER** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Serve: 603 12th Street, | ) | |
| Wood River, IL 62095 | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **JOSH SINKS** | ) | |
| | ) | |
| Serve: 60 Harvel Ct. | ) | |
| Cottage Hills, IL 62018 | ) | |
| | ) | |
| **Defendants.** | ) | |

## PETITION

COMES NOW, Plaintiff Joycelyn McCrary ("Plaintiff"), by and through her undersigned counsel, Gregory D. Vescovo, Jr. of Morgan & Morgan, P.A., and for her cause of action against Defendants, Preston Chandler ( "Defendant Chandler") and Josh Sinks ("Defendant Sinks") states to the Court as follows:

## PARTIES

1. At all times relevant hereto, Plaintiff Joycelyn McCrary was and is a citizen and resident of the State of Missouri.

2. At all relevant times hereto, Defendant Preston Chandler was and is a citizen and resident of the States of Illinois.

3. At all relevant times hereto, Defendant Josh Sinks was and is a citizen and resident

EXHIBIT A

Electronically Filed - St Louis County - August 06, 2025 - 11:27 AM

of the State of Illinois.

**VENUE AND PERSONAL JURISDICTION**

4. Venue is proper in the Circuit Court of St. Louis County pursuant to MO. REV. STAT. § 508.010 because Plaintiff was first injured in St. Louis County.

5. Jurisdiction is proper over the Defendants in the State of Missouri pursuant to at least MO. REV. STAT. § 506.500 because Defendants committed tortious acts herein described within the State of Missouri.

**FACTUAL ALLEGATIONS**

6. That on or about April 4, 2025, Plaintiff was operating a motor vehicle in St. Louis County, Missouri.

7. That Plaintiff was travelling in a generally eastern direction on St. Charles Rock Rd. approaching the intersection of St. Charles Rock Rd. and Lindbergh.

8. That St. Charles Rock Rd. is a public thoroughfare which passes through, among other areas, St. Louis County, Missouri.

9. That on or about April 4, 2025, Defendant Chandler was operating a motor vehicle in St. Louis County, Missouri.

10. That Defendant Chandler was travelling in a generally western direction on St. Charles Rock Rd. and approached 11200 St. Charles Rock Rd.

11. That Defendant Chandler attempted to negotiate a left turn onto 11200 St. Charles Rock Rd. and failed to yield to Plaintiff's right of way, thereby colliding with Plaintiff's vehicle.

12. That Defendant Chandler failed to keep a proper lookout.

13. That Defendant Chandler failed to yield to Plaintiff's right of way.

14. That Defendant Chandler collided with Plaintiff's vehicle.

Electronically Filed - St Louis County - August 06, 2025 - 11:27 AM

15. That Plaintiff did not have a chance to avoid the collision.

16. That the collision was sudden and unforeseeable in nature.

17. That and the aforementioned events occurred with no negligence on the part of Plaintiff.

**COUNT I – NEGLIGENT ENTRUSTMENT**

18. Plaintiff hereby restates and incorporates by reference each and every allegation contained in paragraph 1 through 17 as if fully set forth herein.

19. At all times relevant thereto, Defendant Sinks was the owner of the 2005 GM Sierra that was involved in the crash on April 4, 2025.

20. Defendant Chandler was incompetent by reason of age, experience, or habitual recklessness and driving the 2005 GM Sierra owned by Defendant Sinks.

21. Defendant Sinks knew or should have known of Defendant Chandler's incompetence.

22. Defendant Sinks, despite his knowledge, entrusted Defendant Chandler to operate and take control of the 2005 GM Sierra.

23. The negligence of Defendant Sinks concurred with the conduct of Defendant Chandler as a proximate cause of the harm to Plaintiff.

24. As a direct and proximate result of Defendant Sinks's negligence, Plaintiff has suffered significant damages and injuries.

25. That as a direct and proximate result of the aforesaid acts by Defendant Sinks, both of omission and commission, Plaintiff suffered serious, painful, and permanent injuries.

26. That as a direct and proximate result of the aforesaid acts by Defendant Sinks, both of omission and commission, Plaintiff has suffered, and will hereafter suffer, physical pain and

Electronically Filed - St Louis County - August 06, 2025 - 11:27 AM

mental anguish.

27. That as a direct and proximate result of these injuries, Plaintiff has been obliged to seek medical treatment and incur expenses.

28. That Plaintiff's aforesaid injuries are permanent, serious, and progressive in their nature.

WHEREFORE, Plaintiff Joycelyn McCrary prays for a judgment against Defendant Joshua Sinks, in a sum in excess of twenty-five thousand dollars ($25,000.00) together with costs herein expended, and for any further relief this Court deems just and proper.

**COUNT II – NEGLIGENCE**

COMES NOW Plaintiff Joycelyn McCrary and for his cause of action against Defendant Preston Chandler, states as follows:

29. Plaintiff hereby restates and incorporates by reference each and every allegation contained in paragraph 1 though 28 as if fully set forth herein.

30. That the injuries and damages alleged by Plaintiff were directly and proximately caused by the negligence committed by Defendant Chandler in at least the following respects, to wit:

a. Defendant Chandler failed to exercise the highest degree of care when he failed keep a careful lookout while operating his motor vehicle;

b. Defendant Chandler failed to exercise the highest degree of care when he attempted to cross Plaintiff's lanes of travel;

c. Defendant Chandler failed to exercise the highest degree of care when he failed to yield to Plaintiff's right of way;

d. Defendant Chandler failed to exercise the highest degree of care by knowing

Electronically Filed - St Louis County - August 06, 2025 - 11:27 AM

that there was a reasonable likelihood of collision and thereafter could have stopped, but failed to do so;

e. Defendant Chandler failed to exercise the highest degree of care by knowing that there was a reasonable likelihood of collision and thereafter could have slackened speed, but failed to do so;

f. Defendant Chandler failed to exercise the highest degree of care by knowing that there was a reasonable likelihood of collision and thereafter could have sounded a warning, but failed to do so;

g. Defendant Chandler failed to exercise the highest degree of care when he allowed Defendant's vehicle to come into contact with Plaintiff's vehicle.

31. That each and all of the aforesaid acts and violations of law by Defendant Chandler, both of commission and of omission, were negligent and constituted negligence.

32. That each and all of the aforesaid acts and violations of law by Defendant Chandler, both of commission and of omission, were a direct and proximate cause of the damages and injuries hereinafter described.

33. That as a direct and proximate result of the aforesaid acts by Defendant Chandler, both of omission and commission, Plaintiff suffered serious, painful, and permanent injuries to her head, neck, back, right shoulder, and right ankle.

34. That as a direct and proximate result of the aforesaid acts by Defendant Lloyd Peal, both of omission and commission, Plaintiff has suffered, and will hereafter suffer, physical pain and mental anguish.

35. That as a direct and proximate result of these injuries, Plaintiff has been obliged to seek medical treatment and incur expenses.

Electronically Filed - St Louis County - August 06, 2025 - 11:27 AM

36. That Plaintiff's aforesaid injuries are permanent, serious, and progressive in their nature.

WHEREFORE, Plaintiff Joycelyn McCrary prays for a judgment against Defendants, in a sum in excess of twenty-five thousand dollars ($25,000.00) together with costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

Dated: August 6, 2025

Respectfully Submitted,

*/s/ Gregory Vescovo*

Gregory Vescovo # 63302
**MORGAN & MORGAN**
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-955-1036
Fax: 314-955-1060
Email: gvescovo@forthepeople.com
***ATTORNEY FOR PLAINTIFF***